```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Rivera,

                               Plaintiffs,

              -against-

Pratt (Quality Carton), LLC,

                               Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-08018-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled **for February 28, 2024 at 10 AM**. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

      (1) a brief summary of claims, defenses, and relevant issues;
      (2) the basis of subject matter jurisdiction;
      (3) the subjects on which discovery may be needed;
      (4) any anticipated discovery disputes or sought-after limitations on discovery;
      (5) any plans for electronic discovery and ESI protocols;
      (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
      (7) any anticipated motions; and
      (8) the prospects and timing for early settlement or resolution.

      **SO ORDERED.**

DATED:    White Plains, New York
                 January 17, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge