



**NISAR LAW GROUP, P.C.**
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165

**Casey J. Wolnowski,** *Senior Managing Counsel*
Email: cwolnowski@nisarlaw.com
Phone: (646) 889-1007
Fax: (516) 604-0157

April 15, 2024

<u>*Via ECF*</u>
Hon. Nelson S. Román, U.S.D.J.
U.S. District Court, S.D.N.Y.
The Hon. Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

   Re:  *Rivera v. Pratt (Quality Carton), LLC*
      Case Number: 7:23-cv-08018

     ***Request to Reschedule June 27, 2024 Case Management Conference***

Dear Judge Román,

  This letter is being submitted on behalf of both parties with respect to the above-captioned matter and in light of Magistrate Judge Reznik's minute entry entered on April 11, 2024, including so much which directed the parties to contact Your Honor to reschedule the Case Management Conference currently scheduled for June 27, 2024.

  Given that Magistrate Judge Reznik has extended the discovery deadline to July 12, 2024, and in following the Court's April 11, 2024 directive, the parties respectfully request that the June 27, 2024 Case Management Conference be adjourned to a date after the close of all discovery.

  The parties thank the Court for its attention to this matter.

                   Respectfully submitted,

                    _____
                    Casey Wolnowski, Esq.
                    *Attorney for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/02/2024

   cc: Defendant's counsel (*via ECF*)

**In light of the extension of the discovery deadlines, the parties' request to adjourn the Status Teleconf. from June 27, 2024 until Sept. 5. 2024 at 11:30 am is GRANTED. The parties are directed to this Court's Oder at ECF No. 22 for dial-in instructions. Clerk of Court is requested to terminate the the motion at ECF No. 35.
Dated: White Plains, NY
    May 2, 2024**

SO ORDERED:

[signature]
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

61732025.v1-OGLETREE