

**NISAR LAW GROUP, P.C.**
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165

**Casey J. Wolnowski,** *Senior Managing Counsel*
Email: cwolnowski@nisarlaw.com
Phone: (646) 889-1007
Fax: (516) 604-0157

July 18, 2024

*Via ECF*
Hon. Nelson S. Román, U.S.D.J.
U.S. District Cout, S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

**In light of the extension of the discovery deadlines, the parties' joint request to adjourn the Sept. 5, 2024 Status Teleconf is GRANTED. The Status Teleconf. is adjourned until Nov. 21, 2024 at 12:00 noon. The parties are directed to ECF No. 22 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 53.**
**Dated: White Plains, NY**
**July 19, 2024  SO ORDERED:**

Re:     ***Rivera v. Pratt (Quality Carton), LLC***
        **Case Number: 7:23-cv-08018**

*Letter Seeking to Reschedule 9/5/2024 Conference*

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Your Honor,

This letter is being filed jointly on behalf of both parties seeking to reschedule the status conference currently scheduled for 9/5/2024.

Significantly, this request was made by the parties on 7/16/2024. See Dkt. No. 51. On 7/18/2024, M.J. Reznick issued an order extending the deadline for fact discovery to 10/18/2024 and also stated that the parties are to contact Your Honor's chambers to seek to reschedule the status conference currently scheduled for 9/5/2024. See Dkt. No. 52.

Accordingly, the parties respectfully request that the status conference currently scheduled for Friday, 9/5/2024 before Your Honor, See Dkt. No. 37, be rescheduled to a date after 10/18/2024.

The parties thank the Court for its attention to this request.

Respectfully submitted,

_____
Casey Wolnowski, Esq.
*Attorney for Plaintiff*

cc:     Defendant's counsel (*via ECF*)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___07/19/2024___

MEMO ENDORSED