**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
ROBIN RIVERA,

                    Plaintiff,                                    23 **CIVIL** 8018 (NSR)

        -against-                                                **JUDGMENT**

   PRATT (QUALITY CARTON), LLC,


                    Defendant.
-------------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated February 6, 2026, Defendant's motion for summary

judgment is GRANTED in its entirety. Judgment is entered in favor of the Defendant;

accordingly, the case is closed.

**Dated:**  New York, New York

        February 10, 2026


                                        **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**


                        BY:    _____
                                        **Deputy Clerk**